# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:24-mj-00097-PAS |
| Andrew Urbano Perez | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 15, 2024  in the county of _____ in the _____ District of  Rhode Island , the defendant(s) violated:

*Code Section* — *Offense Description*

21 U.S.C. § 841(a)(1) & (b)(1)(A):   Possession with the Intent to Distribute methamphetamine.

This criminal complaint is based on these facts:

See the attached Affidavit of Sean M. Lindberg, Special Agent of the U.S. Drug Enforcement Administration ("DEA").

☑ Continued on the attached sheet.

*Complainant's signature*

Sean M. Lindberg, Special Agent ~ DEA
*Printed name and title*

**Sworn telephonically and signed electronically**

Date: December 16, 2024

*Judge's signature*

City and state:  Providence, Rhode Island    Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*